# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129459(50)

ASSOCIATED BUILDERS & CONTRACTORS
OF MICHIGAN SELF-INSURED WORKERS
COMPENSATION FUND,
      Plaintiff-Appellee,
      Cross-Appellant,

v

                                 SC: 129459
                                 COA: 250973

ACKER STEEL ERECTORS, INC.,
        Defendant-Appellant,
        Cross-Appellee.
                                 Jackson CC: 02-003733-AV

_____/

       On order of the Court, the motion for reconsideration of this Court's order of March 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006 _____          _____

d0522                                          Clerk